UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: 6/19/2006

To: United States Court of Appeals    ATTN: (X) CIVIL
    For the Ninth Circuit
    Office of the Clerk    ( ) CRIMINAL
    95 Seventh Street
    San Francisco, California 94103    ( )JUDGE

From: U.S. District Court
    101 12th Ave Room 332
    Fairbanks, AK 99701

DC No: 4:03-cv-00001-RRB    Appeal No: 05-35112

Short title: Randall v City of Fairbanks

Composition of Record

Clerk's Files in 3 volumes    (X) original    ( ) certified copy

    Bulky docs. 1 volumes, docket # 20 Exhibits
    (folders)

Reporter's in _____ volumes    ( ) original    ( )certified copy
Transcripts

Exhibits:    in _____ envelopes    ( ) under seal

        in _____ boxes    ( ) under seal

Other: _____
_____
_____
(please note any documents filed under seal)

Acknowledgement: _____    Date: _____
"record.app" [11/21/97]