**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**


RANDALL, et al.    v.    WILLIAMSON

DATE:    December 6, 2006    CASE NO.    4:03-CV-0001-RRB


THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
**RE APPEAL AND SCHEDULING HEARING**

========================================================================

          The order of summary judgment previously entered herein
was reversed by order of the United States Court of Appeals,
No. 05-35112.

          The parties shall therefore confer as to scheduling in
this matter and a time frame for trial.

          A status hearing is hereby set for **Friday, December 22,**
**2006**, at **9:00 a.m.** in Courtroom 1 in Fairbanks, Alaska.

          Telephonic arrangements can be made by calling Carolyn
Bollman at 907-451-5791.


M.O. RE APPEAL AND SCHEDULING HEARING