MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

  NANCY ANN RANDALL ET AL    vs.   CITY OF FAIRBANKS ET AL


BEFORE THE HONORABLE RALPH R BEISTLINE   CASE NO 4:03-cv-00001-RRB

DEPUTY CLERK/RECORDER: TINA J GROTHAUSE

APPEARANCES:    PLAINTIFF: ALLEN VACURA

                DEFENDANT: JOSEPH EVANS (telephonic)

PROCEEDINGS: STATUS CONFERENCE HELD 12/22/2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
 at 9:07 a.m. court convened.

Court and counsel heard re status of case.

Status conference set for March 13,2007 at 10:00 a.m. in
Anchorage. Parties may appear telephonic as necessary.

at 9:14 a.m. court adjourned


DATE: 12/22/2006         DEPUTY CLERK'S INITIALS: tjg