NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RECEIVED
FEB 2 0 2007
CLERK, U.S. ...
ANCHORAGE, ALASKA

FILED
FEB 20 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| NANCY ANN RANDALL, as mother of Jazmyn Lee Vent, and as personal representative of the estate of Corwin Lee Vent; JAZMYN LEE VENT; CORWIN LEE VENT, Estate of, Plaintiffs - Appellants, v. PERRY WILLIAMSON, Defendant - Appellee. | No. 05-35112<br><br>D.C. No. CV-03-00001-F-RRB<br>District of Alaska,<br>Fairbanks<br><br>ORDER |

Before: **KOZINSKI, BERZON** and **TALLMAN**, Circuit Judges.

Plaintiffs' motion for award of attorney's fees is premature and is therefore denied without prejudice. See Hervey v. Estes, 65 F.3d 784, 792 (9th Cir. 1995). Should plaintiffs prevail on the merits below and should the district court determine that plaintiffs are entitled to fees, the district court shall consider plaintiffs the prevailing parties in this appeal and include fees they incurred during this appeal as part of the award.