```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

   NANCY ANN RANDALL         vs.   CITY OF FAIRBANKS, ET AL

BEFORE THE HONORABLE RALPH R. BEISTLINE  CASE NO 4:03-CV-00001-RRB

DEPUTY CLERK/RECORDER:        SUZANNETTE LUCERO

APPEARANCES:   PLAINTIFF:   ALLEN F. VACURA

               DEFENDANT:   JOSEPH EVANS

PROCEEDINGS: STATUS CONFERENCE HELD 3/13/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:02 a.m. court convened.

Court and counsel heard re status of appeal, parties agreement to set case back on trial calendar, discovery and witnesses issues.

Parties to submit a proposed amended scheduling and planning order by **3/30/07.**

At 10:09 a.m. court adjourned.

DATE:   MARCH 13, 2007    DEPUTY CLERK'S INITIALS:   SCL