Joseph W. Evans
Law Offices of Joseph W. Evans
P.O. Box 2107
Bremerton, WA 98310-0241
(360) 782-2418 Phone
(360) 782-2419 Fax

RECEIVED

MAR 2 9 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Nancy Ann Randall, as Mother of Jazmyn Lee Vent, and as Personal Representative of the Estate of Corwin Lee Vent,<br><br>  Plaintiff,<br><br>vs.<br><br>Perry Williamson,<br><br>  Defendant. | Case No. FO3-0001<br><br>**SECOND SCHEDULING AND PLANNING CONFERENCE REPORT AND REQUEST FOR MARCH 2008 TRIAL DATE** |

1.   **Meeting.**  In accordance with the Court's Order of March 13, 2007, a meeting was held on Wednesday, March 28, 2007 and was attended by:

   Allen Vacura, attorney for the Plaintiff
   Joseph W. Evans, attorney for the Defendant.

The parties recommend the following:

2.   **Pre-Discovery Disclosures.**

   A.   The information required by F.R.Civ.P. 26(a)(1) has been previously exchanged.

   B.   Updated, revised, preliminary witness lists will be exchanged between the parties by Friday, April 13, 2007.

3.   **Contested Issues of Fact and Law.**  Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

   A.   Actions of Corwin Lee Vent prior to his death.

  B. Use of deadly force by Corwin Lee Vent and Officer Perry Williamson.

  C. Compensatory Damages claimed by Plaintiff.

  D. Punitive Damages claimed by Plaintiff.

  E. Scope of Alaska's Wrongful Death Statute.

  F. Immunity available to Officer Perry Williamson (at the trial of this matter).

  G. Applicability of A.S. 09.65.210.

  H. Motions *In Limine*/Evidentiary Issues.

4. **Discovery Plan.** The parties jointly propose to the court the following discovery plan.

  A. Discovery will be needed on the following issues:

  See Item 3., above.

  B. All discovery commenced in time to be completed by Wednesday, October 31, 2007.

  C. Interrogatories.

  (1) Interrogatories by each party to any other party to be as needed by each party, with either party able to request limitation as appropriate.

  (2) Responses due in 30 days.

  D. Requests for Admissions.

  (1) Requests for Admissions by each party to any other party to be as needed by each party, with either party able to request limitation as appropriate.

  (2) Responses due in 30 days.

E.  Depositions.

   (1) Depositions by each party to be as needed by each party, with either party able to request limitation as appropriate.

   (2) Depositions not to exceed 7 hours of actual questioning unless extended by agreement of the parties.

F.  Reports from retained experts regarding qualified immunity have been completed and experts have been previously deposed; however, other expert reports, if any, shall be due on the following schedule:

   Plaintiff's Report Due:   Thursday, May 31, 2007
   Defendant's Report Due:  Friday, August 31, 2007

   The report(s) from the expert(s) must identify any person who may be used at trial to present evidence under F.R.E. 702, 703 or 705. These reports shall include: (1) the expert's signed, written report; (2) a complete statement of all opinions to be expressed and the bases and reasons for them; (3) the specific data and/or other information considered by the expert in forming the opinions; (4) exhibits to be used as a summary or in support of the opinions; (5) the qualifications of the expert, including a list of all publications authored within the preceding ten years; (6) the compensation paid for the opinion and testimony; and, (7) a list of other cases in which the expert has testified at trial or by deposition within the preceding four years.

G.  Supplementation under F.R.Civ.P. 26(e) at 60-day intervals through and including trial.

   Supplementation, as required, of expert disclosures, reports and deposition testimony under F.R.Civ.P. 26(e)(1) is due August 24, 2007, November 30, 2007, December 28, 2007 and February 1, 2008. However, depending upon the date set for trial, the last supplementation, if any, of expert disclosures, reports and deposition testimony must be submitted no later than forty-five (45) days before the date the trial begins.

   If a party does not timely supplement pursuant to F.R.Civ.P. 26(e), 26(e)(1) and/or 26(e)(2), the party cannot use any witness or evidence not disclosed and other sanctions may be imposed.

5. **Pretrial Motions.**

   A. Motions addressing matters specified in F.R.Civ.P. 12(b) have already been filed and ruled upon. (See, Docket Nos. 8 and 13.)

   B. Motions under the discovery rules must be filed no later than Friday, November 30, 2007.

   C. Dispositive motions must be filed no later than Friday, November 30, 2007.

   D. Motions in Limine must be filed no later than 30 days before Trial.

6. **Other Provisions.**

   A. The parties request a scheduling conference with the court in late-Fall of 2007 regarding the setting of a trial date for March 2008.

   B. The parties request a pretrial conference on Friday, February 1, 2008. At this conference, the final, pretrial deadlines pursuant to F.R.Civ.P. 26(a)(3) shall be set.

   C. Settlement at this time is unlikely.

   D. Alternative Dispute Resolution.

   This matter may or may not be a candidate for court-annexed alternative dispute resolution. However, the parties would like to reserve that determination until after the close of discovery.

   E. The parties do not consent to trial before a magistrate judge.

   F. The Proposed Dates for this Scheduling Order have been set out chronologically in Exhibit "A," attached hereto.

7. **Trial.**

   A. The matter will be ready for trial not later than March 2008.

   B. The matter is expected to take 10 to 15 days to try.

   C. A Jury has been demanded by the Plaintiff.

Dated: 3/29/07        By: _____
                           Allen Vacura, ABA #9506033
                           Attorney for Plaintiff

Dated: 03/29/07       By: _____
                           Joseph W. Evans, ABA #7610089
                           Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing document to be hand-delivered on this 29th day of March, 2007, to the following:

Allen Vacura                    Stepovich Law Office
543 2nd Avenue, Suite A
Fairbanks, Alaska 99701

_____

## PROPOSED DATES FOR SECOND SCHEDULING ORDER

Randall v. Perry Williamson
USDC for District of Alaska – Case No. F03-0001

| DATE | DESCRIPTION |
| --- | --- |
| April 13, 2007 | Preliminary Witness Lists Exchanged |
| May 31, 2007 | Plaintiff's Additional Expert Disclosures and Reports, if any |
| August 24, 2007 | Supplementation of Expert Disclosures, Reports and Deposition Testimony Due |
| August 31, 2007 | Defendant's Additional Expert Disclosures and Reports, if any |
| October 31, 2007 | All Discovery Completed |
| November 30, 2007 | All Motions Under Rules of Discovery Due |
| November 30, 2007 | Supplementation of Expert Disclosures, Reports and Deposition Testimony Due |
| November 30, 2007 | Dispositive Motions Due |
| December 28, 2007 | Supplementation of Expert Disclosures, Reports and Deposition Testimony Due |
| February 1, 2008 | Final Pretrial Conference |
| February 1, 2008 | Supplementation of Expert Disclosures, Reports and Deposition Testimony Due |
| 30 Days Prior to Trial | Motions in Limine -- No Later than 30 Days Prior to Trial |
| March 2008 | Trial |

**EXHIBIT "A"**