UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RECEIVED
JUN 0 4 2007
CLERK, U.S. ...
ANCHORAGE, ALASKA

| | |
|---|---|
| NANCY ANN RANDALL, as mother of Jazmyn Lee Vent, and as personal representative of the estate of Corwin Lee Vent; et al.,<br><br>   Plaintiffs - Appellants,<br><br>v.<br><br>PERRY WILLIAMSON,<br><br>   Defendant - Appellee. | No. 05-35112<br>D.C. No. CV-03-00001-F-RRB<br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Alaska (Fairbanks).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Alaska (Fairbanks) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **REVERSED**.

Filed and entered 11/22/06



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAY 3 1 2007

by
Deputy Clerk