IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Nancy Ann Randall, as Mother of Jazmyn Lee Vent, and as Personal Representative of the Estate of Corwin Lee Vent,<br><br>　　　　Plaintiff/Petitioner<br><br>v.<br><br>Perry Williamson,<br><br>　　　　Defendant/Respondent, | Case No. CV-03-00001-F-RRB<br><br>**RECEIVED**<br><br>JUL 13 2007<br><br>CLERK, U.S. DISTRICT COURT<br>FAIRBANKS, AK |

## NOTICE TO THE COURT

Plaintiff, Nancy Randall, by and through her undersigned attorney, hereby gives notice to the court that the above captioned matter has been amicably resolved between the parties.

The settlement documents are presently being circulated and will be filed with the court upon their execution. The settlement in this matter deals with a minor child and therefore a Petition for Approval of the Minor Settlement is being filed contemporaneously with this notice. The parties respectfully request a hearing on or about July 23, 2007, in order to consummate their agreement in front of the court.

STEPOVICH
&
VACURA
LAW OFFICE

543 Second Avenue
Suite A
Fairbanks, Alaska
99701
Tel: (907) 452-6600
Fax: (907) 452-5205

*RANDALL et al v. WILLIAMSON*
Case No. 05-35112 / D.C. No. CV-03-00001-F-RBR
Notice to the Court
Page 1 of 2

DATED at Fairbanks, Alaska this 13th day of JULY, 2007.

STEPOVICH & VACURA LAW OFFICE

By: _____
Allen Vacura ABA# 9506033

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a true and correct copy of the foregoing document was ✓ mailed to the following:

Joseph W. Evans, Esq.
Law Office of Joseph W. Evans
PO Box 2107
Bremerton, WA 98310-0241

7/13/07   Maria Branket
Dated   Stepovich & Vacura Law Office

STEPOVICH
&
VACURA
LAW OFFICE

543 Second Avenue
Suite A
Fairbanks, Alaska
99701
Tel: (907) 452-6600
Fax: (907) 452-5205

RANDALL et al v. WILLIAMSON
Case No. 05-35112 / D.C. No. CV-03-00001-F-RBR
Notice to the Court
Page 2 of 2