UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


RANDALL   v.   WILLIAMSON

DATE:   July 17, 2007    CASE NO.   4:03-CV-0001-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
SCHEDULING HEARING**

___

  Pursuant to the parties' request set forth in the Notice to Court at Docket 58, a hearing to finalize the agreement in this matter will be held on **Friday, July 27, 2007, at 10:00 a.m.**, in Courtroom 1 in Fairbanks, Alaska.

M.O. SCHEDULING HEARING