IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RECEIVED
JUL 25 2007
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

Nancy Ann Randall, as Mother of )
Jazmyn Lee Vent, and as Personal )
Representative of the Estate of )
Corwin Lee Vent, )      Case No. CV-03-00001-F-RRB
                                                )
           Plaintiff/Petitioner )
                                                )
v. )
                                                )
Perry Williamson, )
                                                )
           Defendant/Respondent, )
_____)

## NOTICE OF FILING SIGNED AFFIDAVIT

Plaintiff, Nancy Randall, by and through her undersigned attorney hereby notices the court of the filing of her signed affidavit.

DATED at Fairbanks, Alaska this ___ day of July, 2007.

STEPOVICH & VACURA LAW OFFICE

By: _____
Allen Vacura ABA# 9506033

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a true and correct copy of the foregoing document was ☒ mailed to the following:

Joseph W. Evans, Esq.
Law Office of Joseph W. Evans
PO Box 2107
Bremerton, WA 98310-0241

_____  7/25/07
Dated  Stepovich & Vacura Law Office

STEPOVICH
&
VACURA
LAW OFFICE

543 Second Avenue
Suite A
Fairbanks, Alaska
99701
Tel: (907) 452-6600
Fax: (907) 452-5205

*RANDALL et al v. WILLIAMSON*
Case No. 05-35112 / D.C. No. CV-03-00001-F-RBR
Notice to the Court
Page 1 of 1