IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

**RECEIVED**
JUL 2 5 2007
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

| | |
|---|---|
| Nancy Ann Randall, as Mother of Jazmyn Lee Vent, and as Personal Representative of the Estate of Corwin Lee Vent,<br><br>Plaintiff/Petitioner,<br><br>v.<br><br>Perry Williamson,<br><br>Defendant/Respondent, | Case No. CV-03 00001-F- RRB |

### AFFIDIVAIT OF NANCY RANDALL

STATE OF ALASKA           )
                          )ss
FOURTH JUDICIAL DISTRICT  )

I, Nancy Randall, being first duly sworn upon oath, depose and state to the best of my personal knowledge and belief the following:

1. I make this affidavit in support of my Petition For Minor Settlement, for my daughter, Jazmyn Lee Vent, d/o/b August 24, 2000.

2. I have considered my daughter's needs and the fact that I and Mr. Vent's family will be meeting these needs until my daughter reaches at least eighteen years of age.

3. A guaranteed annuity paid out to my daughter once she reaches majority, I believe is in her best interest. The disbursement from the annuity seems fair and reasonable based on the facts of this case.

4. I therefore request that the court approve the proposed settlement on behalf of my daughter.

STEPOVICH
LAW OFFICE

543 Second Avenue
Suite A
Fairbanks, Alaska
99701
Tel: (907) 456-6600
Fax: (907) 452-5205

DATED at Fairbanks, Alaska this 24 day of July, 2007.

By: _____
Nancy Ann Randall

Subscribed and sworn to or affirmed before me at Fairbanks, Alaska, on this 24th day of July, 2007.

_____
Notary Public in and For the State of Alaska
My Commission Expires: 9/21/2007

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a true and correct copy of the foregoing document was X mailed to the following:

Joseph W. Evans, Esq.
Law Office of Joseph W. Evans
PO Box 2107
Bremerton, WA 98310-0247

7/25/07
Dated     Stepovich Law Office

STEPOVICH
LAW OFFICE

543 Second Avenue
Suite A
Fairbanks, Alaska
99701
Tel: (907) 456-6600
Fax: (907) 452-5205