IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RECEIVED
JUL 26 2007
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

| | |
|---|---|
| **Nancy Ann Randall**, as Mother of Jazmyn Lee Vent, and as Personal Representative of the Estate of Corwin Lee Vent,<br><br>        Plaintiff<br>v.<br><br>Perry Williamson,<br><br>        Defendant | D.C. No. CV-03-00001-F-RRB<br><br>After Hours Drop Box |

### NOTICE TO THE COURT RE: PETITION EXHIBITS

Plaintiff Nancy Randall, by and through her undersigned attorneys, hereby gives notice to the court that Exhibit A and Exhibit B, the signed release and settlement agreement respectively referred to in plaintiffs Petition for Minor Settlement, is being circulated for review with the finalized documents being presented to the court at the July 27, 2007, hearing.

Plaintiffs counsel miswrote when he stated that they, Exhibits A and B, were attached to the Petition. In regards to Exhibit C, the attorney fee agreement, counsel will receive the standard allowed by law, twenty-five percent of the total settlement. The attorney fee will not reduce the share ear marked for the minor child which is one hundred and fifty thousand dollars ($150,000.00) payable upon the minor child reaching majority.

STEPOVICH
&
VACURA
LAW OFFICE

543 Second Avenue
Suite A
Fairbanks, Alaska
99701
Tel: (907) 452-6600
Fax: (907) 452-5205

**DATED** at Fairbanks, Alaska this 27th day of July, 2007.

By: _____

**ALLEN VACURA / ABA 9506033**

Certificate of service
I hereby certify that a true and correct copy of the foregoing document was sent via: __ Hand Delivery __ Courier X US Mail X Fax to:

Joseph W. Evans, Esq.
P.O. Box 2107
Bremerton, WA.  98310

Stepovich and Vacura
July 26, 2007

STEPOVICH
&
VACURA
LAW OFFICE

543 Second Avenue
Suite A
Fairbanks, Alaska
99701
Tel: (907) 452-6600
Fax: (907) 452-5205