UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>　RANDALL　</u>　v.　<u>　WILLIAMSON　</u>

DATE:   <u>　August 1, 2007　</u>   CASE NO.   <u>　4:03-CV-0001-RRB　</u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RE SETTLEMENT**

---

     Although this Court has approved the settlement of this matter for reasons set forth on the record, Local Rule 68.3 appears to require approval of the settlement by the Superior Court for the State of Alaska before final judgment may enter. The parties shall proceed accordingly.

M.O. RE SETTLEMENT